**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1076**

RUKMINESH MEHTA,

       Plaintiff - Appellant,

   v.

MAGGIE KUHL,

       Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:20-cv-00131-GMG-RWT)

Submitted:  May 20, 2021                           Decided:  May 25, 2021
Amended:  August 26, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rukminesh Mehta, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rukminesh Mehta appeals the district court's orders dismissing his civil action and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mehta v. Kuhl*, No. 3:20-cv-00131-GMG-RWT (N.D.W. Va. Jan. 4 & 7, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*